**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| KHALID KHAZAAL | § | |
| | § | |
| VS. | § | CIVIL NO. 4:23-CV-920-P |
| | § | |
| CIVILIANS AND OFFICIALS OF THE | § | |
| KUWAITI GOVERNMENT, ET AL. | | |

**ORDER RECOMMENDING DISMISSAL
AND RETURNING CASE TO DISTRICT JUDGE**

On September 6, 2023, *pro se* Plaintiff Khalid Khazaal filed a complaint in the above-styled and numbered cause.  Thereafter, on October 4, 2023, the Court entered an Order Directing Plaintiff to File a Form Amended Complaint ordering Plaintiff, no later than October 23, 2023, to file an Amended Complaint that met the requirements set forth in the Court's order.  Also on October 4, 2023, the Court entered an Order Requiring Compliance with Local Rules ordering Plaintiff, no later than October 23, 2023, to either register an email address and as an electronic case filer or file a motion for exemption from such requirements.  As of the date of this order, Plaintiff has wholly failed to comply with the Court's October 4, 2023 orders by filing an Amended Complaint or complying with the Court's local rules.  Consequently, the Court **RECOMMENDS** that the above-styled and numbered cause be **DISMISSED** for failing to comply with the Court's orders.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED
FINDINGS, CONCLUSIONS AND RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document.  The United States District Judge need only make a *de*

*novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until November 13, 2023** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED October 30, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE