UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KHALID KHAZAAL,**

  Plaintiff,

v.   No. 4:23-cv-0920-P

**CIVILIANS AND OFFICIALS OF THE KUWAITI GOVERNMENT, ET AL.,**

  Defendants.

# ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 10. The FCR recommends that the Court dismiss this case for Plaintiff's failure to comply with court orders. *Id.* at 1. Plaintiff failed to file timely objections to the Magistrate Judge's FCR. The Court accordingly conducts a plain error review of the FCR.

This case arises from Plaintiff's alleged false arrest at the hands of the Kuwaiti government. ECF No. 1 at 4. Plaintiff sued in the Northern District of Texas, and this case was referred to the United States Magistrate Judge for pre-trial consideration. ECF No. 4. The Magistrate Judge ordered Plaintiff to file an amended complaint and comply with the Local Rules regarding exemptions from this Court's ECF requirements. ECF Nos. 8, 9. Plaintiff failed to do so, and the Magistrate Judge recommended dismissal. ECF No. 10.

Having reviewed the Magistrate Judge's FCR for plain error and applicable law, the Court finds no error in the Magistrate Judge's conclusions that this case should be dismissed under Federal Rule of Civil Procedure 41(b).

Thus, for the reasons stated in the Magistrate Judge's FCR, this Court concludes that this case is **DISMISSED without prejudice**. This Court **AFFIRMS** the Magistrate's ruling (ECF No. 10), **ADOPTS**

the FCR's reasoning, and **DISMISSES** this case.

**SO ORDERED** on this **16th day** of **November 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE